UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,
        Plaintiff,

v.

CHRISTOPHER N. AFAISEN,
        Defendant.

_____

Case Number 8:06cr419-001

USM Number 21502-047

MATTHEW M. MUNDERLOH

Defendant's Attorney

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

**THE DEFENDANT** pleaded guilty to count I of the Information on March 19, 2007.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title, Section & Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|
| 18:641 - THEFT | October 27, 2006 | I |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Following the imposition of sentence, the Court advised the defendant of his right to appeal pursuant to the provisions of Fed. R. Crim. P. 32 and the provisions of 18 U.S.C. § 3742 (a) and that such Notice of Appeal must be filed with the Clerk of this Court within ten (10) days of this date.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

        Date of Imposition of Sentence:
        March 19, 2007

        s/ Thomas D. Thalken
        United States Magistrate Judge

        March 20, 2007

Defendant: CHRISTOPHER N. AFAISEN　　　　　　　　　　　　　　　　　　　Page 2 of 2
Case Number: 8:06cr419-001

## PROBATION

The defendant is hereby sentenced to unsupervised probation for a term of **one (1) year**.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $25.00 (paid) | $250.00 | None |

The fine in the amount of $250.00 and the special assessment in the amount of $25.00 are due immediately.   The special assessment has been paid.

## RESTITUTION

No restitution was ordered.

---

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a
document which was electronically filed with the
United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk